AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

| | | |
|---|---|---|
| Alan Lyle Howe, Jr., | : | |
| Plaintiff, | : | |
| | : | **JUDGMENT IN A CIVIL CASE** |
| v. | : | |
| | : | CASE NUMBER: 2:15-cv-06 |
| Sylvia Burwell, et al | : | |
| | : | |
| Defendants. | : | |

      **Jury Verdict.** This action came before the Court for trial by jury. The issues have been Tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came to trial or hearing before the Court. The issues Have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal (Document No. 54) filed February 25, 2016, all remaining claims against federal defendants in this action, Defendants Secretary of Health and Human Services Sylvia Burwell, Secretary of Labor Thomas E. Perez, Secretary of the Treasury Jacob J. Lew, Acting Director of the Office of Personnel Management Beth F. Cobert, U.S. Department of Health and Human Services, U.S. Department of Labor, U.S. Department of the Treasury and Office of Personnel Management are DISMISSED.

Previously, pursuant to the Court's Opinion and Order (Document No. 44) filed July 21, 2015, plaintiff's Motion for Preliminary Injunction (Document No. 2) was DENIED, federal defendants' Motion to Dismiss (Document No. 40) was GRANTED IN PART AND DENIED IN PART, and state defendants' Motion to Dismiss (Document No. 39) was GRANTED. All claims against state defendants Vermont Health Connect, Steven M. Constantino, and Department of Vermont Health Access were DISMISSED.

| | |
|---|---|
| |  JEFFREY S. EATON  |
| Date: February 29, 2016 | Clerk |
| | |
| | /s/ Patricia A. Casey  |
| | (By) Deputy Clerk |

JUDGMENT ENTERED ON DOCKET
DATE: 2/29/2016